Arthur C. PAULOS et al., Appellants,

v.

UNITED STATES of America,
Appellee.

No. 20139.

United States Court of Appeals
Ninth Circuit.

Jan. 7, 1966.

Irving C. Paul, Jr., Seattle, Wash., for appellant.

William N. Goodwin, U. S. Atty., Gerald W. Hess, Asst. U. S. Atty., Seattle, Wash., for appellee.

Before BARNES, KOELSCH and BROWNING, Circuit Judges.

PER CURIAM:

The evidence being sufficient to support the verdict, and there being no legal question of substance raised on appeal, we affirm the judgment rendered by the District Court.

Lois HEMMERLE, Appellant,

v.

RIGGS DAIRY EXPRESS, INC.,
Appellee.

No. 15390.

United States Court of Appeals
Third Circuit.

Argued Dec. 14, 1965.

Decided Jan. 19, 1966.

S. Gerald Litvin, Philadelphia, Pa., Freedman, Borowsky & Lorry, Philadelphia, Pa., for appellant.

Joseph G. Manta, Philadelphia, Pa., James M. Marsh, Philadelphia, Pa., LaBrum & Doak, Philadelphia, Pa., of counsel, for appellee.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

We find no abuse of discretion in the trial court's decision with reference to appellant's pretrial memorandum. Appellant also argues that part of the second of three different hospital records should have been allowed into evidence. That proposed evidence was cumulative as the trial court found. In any event in the light of plaintiff's damage proofs which were in evidence and the $12,000. verdict in favor of the plaintiff, the harm, if any, to plaintiff was de minimis; certainly the court's action was not reversible error.

The judgment of the district court will be affirmed.